UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Rome

AUG 30 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| ALLISTAIR ST. AUBYN CLARKE, | |
| Movant, | CIVIL ACTION |
| v. | NO. 1:10-CV-700-RLV |
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO. |
| | NO. 1:05-CR-254-RLV |
| Respondent. | |

### O R D E R

After carefully considering the report and recommendation of the magistrate judge, together with the objections thereto, the court adopts the report and recommendation as the opinion and order of this court. After making a *de novo* review of the record, this court specifically notes that the movant's objections dated August 25, 2011, merely rehash arguments that were addressed and rejected by the magistrate judge in his well-reasoned report and recommendation.

SO ORDERED, this 30th day of August, 2011.

_____
ROBERT L. VINING, JR.
Senior United States District Judge