# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **ALLISTAIR ST. AUBYN CLARKE,** | : | **CIVIL ACTION NO.** |
| Movant, | : | **1:11-CV-4016-RLV-AJB** |
| | : | |
| v. | : | **CRIMINAL ACTION NO.** |
| | : | **1:05-CR-254-RLV-AJB-6** |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent. | : | **MOTION TO VACATE** |
| | : | **28 U.S.C. § 2255** |

## ORDER FOR SERVICE OF REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the United States Magistrate Judge, made in accordance with 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72, is attached. The same shall be filed and a copy, together with a copy of this Order, shall be served upon the parties and upon any unrepresented parties.

Pursuant to 28 U.S.C. § 636(b)(1)(C), within fourteen (14) days of service of this Order, each party may file written objections, if any, to the Report and Recommendation. If objections are filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party. The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court. If no objections are filed, the Report and

Recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be limited to a plain error review. *United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Clerk is **DIRECTED** to submit the Report and Recommendation with objections, if any, to the District Judge after expiration of the above time period.

**IT IS SO ORDERED and DIRECTED**, this 1st day of December, 2011.

**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **ALLISTAIR ST. AUBYN CLARKE,** | : | **CIVIL ACTION NO.** |
| Movant, | : | **1:11-CV-4016-RLV-AJB** |
| | : | |
| v. | : | **CRIMINAL ACTION NO.** |
| | : | **1:05-CR-254-RLV-AJB-6** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | **MOTION TO VACATE** |
| Respondent. | : | **28 U.S.C. § 2255** |

## UNITED STATES MAGISTRATE JUDGE'S
## FINAL REPORT AND RECOMMENDATION

On August 30, 2011, the Court denied Movant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. [Doc. 307.][1] On November 18, 2011, Movant, *pro se*, filed another motion challenging his convictions and sentence under § 2255. [Doc. 315].

The Court does not have jurisdiction to entertain this successive § 2255 motion unless Movant first obtains permission from the U.S. Court of Appeals for the Eleventh Circuit to pursue the motion. *See* 28 U.S.C. § 2255(h); *see also* 28 U.S.C. § 2244(b)(3); *Burton v. Stewart*, 549 U.S. 147, 152 (2007) ("[B]ecause the 2002 petition is a 'second or successive' petition . . . the District Court never had

---

[1] Unless otherwise indicated, all citations to the record in this Report and Recommendation refer to criminal action number 1:05-CR-254-RLV-AJB.

jurisdiction to consider it in the first place."). There is no indication that Movant has applied for such permission, much less obtained it.

Accordingly, **IT IS RECOMMENDED** that Movant's second motion to vacate sentence, [Doc. 315], be **DISMISSED** as a successive § 2255 motion over which the Court lacks jurisdiction. **IT IS FURTHER RECOMMENDED** that Movant be **DENIED** a certificate of appealability because it is not reasonably debatable that the Court lacks jurisdiction to entertain his second § 2255 motion. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

The Court **DIRECTS** the Clerk to terminate the reference to the undersigned.

**IT IS SO RECOMMENDED and DIRECTED**, this 1st day of December, 2011.

_____
**ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE**

2