FILED IN CHAMBERS
U.S.D.C. Rome

JAN 2 0 2012

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALLISTAIR ST. AUBYN CLARKE,

        Movant,

    v.

UNITED STATES OF AMERICA,

        Respondent.

CIVIL ACTION
NO. 1:11-CV-4016-RLV

CRIMINAL ACTION
NO. 1:05-CR-254-RLV

MOTION TO VACATE
28 U.S.C. § 2255

O R D E R

    After carefully considering the report and recommendation of the magistrate judge dated December 1, 2011, the court receives it with approval and adopts it as the opinion and order of this court.

    In adopting the report and recommendation, the court notes that the movant filed a pleading entitled, "motion to reconsider under Rule 60(b) the order of August 30, 2011" on January 17, 2012. While the Clerk of Court improperly docketed this pleading as an objection to the magistrate judge's December 1, 2011, report and recommendation, the court construes this pleading as a Rule 60(b) motion challenging this court's August 30, 2011, order. In fact, in his January 17, 2012, pleading, the movant makes no mention of the magistrate judge's December 1, 2011, report and recommendation. While the movant styled his January 17, 2012, pleading as a motion

to reconsider the August 30, 2011, order, the movant raises several arguments never raised in prior motions. Specifically, the movant argues that former Judge Camp was biased against African-Americans and that his former attorney abandoned him. Because the movant's pleading is yet another successive § 2255 petition filed without approval from the Eleventh Circuit, the court DENIES the movant's January 17, 2012, pleading. Even if this court were to consider this motion as a timely motion to reconsider this court's August 30, 2011, order or as a timely Rule 60(b) motion to set aside this court's August 30, 2011, order, the court would reach the same result as the movant failed to raise any legal or factual error contained in this court's August 30, 2011, order which would warrant setting aside that order. Therefore, for these two separate and alternative grounds, the court DENIES the movant's "motion to reconsider under Rule 60(b) the order of August 30, 2011" [Doc. No. 318].

SO ORDERED, this _20th_ day of January, 2012.

_Robert L. Vining, Jr._
ROBERT L. VINING, JR.
Senior United States District Judge